474 A.2d 694

Continental Bank v. Bedford, III, Appellant.

Argued January 18, 1984. Edward Fackenthel, for appellant; James W. Hennessey, for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.